IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERTO THOMPSON, | : | |
| Petitioner, | : | |
| | : | 1:14-cv-1575 |
| v. | : | |
| | : | Hon. John E. Jones III |
| WARDEN, USP ALLENWOOD, | : | |
| Respondent. | : | |

## ORDER

### September 9, 2014

**NOW, THEREFORE**, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

2. Petitioner's application to proceed *in forma pauperis*, (Doc. 2), is **GRANTED** only for the purpose of filing the petition.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                         s/ John E. Jones III
                                                                         John E. Jones III
                                                                         United States District Judge